FILED 16 OC '26 14:06 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNDER SEAL

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00447-IM** |
| | **INDICTMENT** |
| **v.** | |
| | **21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)**<br>**18 U.S.C. § 924(h)** |
| **FRANCISCO CAUDILLO-DIMAS aka PONCHO,** | **Forfeiture Allegations** |
| **Defendant.** | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(viii))**

On or about October 7, 2026, within the District of Oregon, the defendant **FRANCISCO CAUDILLO-DIMAS** did knowingly possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii).

/ / /

/ / /

**COUNT 2**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 23, 2026, within the District of Oregon, the defendant **FRANCISCO CAUDILLO-DIMAS**, did transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a black Hi Point model C9 9mm pistol knowing or having reasonable cause to believe that the firearm(s) would be used to commit a felony and a crime under the Export Control Reform Act of 2018;

In violation of Title 18, United States Code, Section 924(h).

**FIRST FORFEITURE ALLEGATION**

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, defendant, **FRANCISCO CAUDILLO-DIMAS**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

/ / /

/ / /

/ / /

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offense in Counts 2, defendant, **FRANCISCO CAUDILLO-DIMAS**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms involved in that offense, including without limitation:

(1) A black Hi Point model C9 9mm pistol.

Dated: October 15, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney